```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA        :         NOTICE OF MOTION

        - v -                   :         15 Cr. 66 (LTS)

SUREN GADAYEV                   :

                Defendant.      :
--------------------------------X
```

**PLEASE TAKE NOTICE** that upon the annexed affirmation of **ROBERT M. BAUM, ESQ.**, and the exhibits attached thereto, the defendant herein, **SUREN GADAYEV,** will move before the **HONORABLE LAURA TAYLOR SWAIN**, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on July 17, 2015, for an Order, pursuant to the Fifth and Sixth Amendment to the United States Constitution; Rule 12(b)(3) and Rule 14, of the Federal Rules of Criminal Procedure, suppressing statements and granting a severance between defendants, and such other relief as the Court may deem just and proper.

Dated:   New York, New York
         May 15, 2015

                                          Respectfully submitted,
                                          DAVID E. PATTON, ESQ.
                                          Federal Defenders of New York

                       By: _____
                                          **ROBERT M. BAUM, ESQ.**
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          **SUREN GADAYEV**
                                          52 Duane Street – 10th Floor
                                          New York, New York 10007

TO:   PREET BHARARA, ESQ.
      United States Attorney

```
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Attn:    **RUSSELL CAPONE, ESQ.**
         Assistant United States Attorney
```