

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



July 31, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-2015
```

**BY E-MAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Suren Gadayev</u>, 15 Cr. 66 (LTS)

Dear Judge Swain:

The Government writes, on behalf of both parties, to respectfully request that the conference in this matter scheduled for today be adjourned to a date in early September. The parties are engaged in discussing a potential disposition of the case. If one is reached in August, per the instructions of Your Honor's deputy, the parties will schedule a plea in magistrate court.

In addition, due to the pendency of the defendant's motion, the Government understands that time remains excluded pursuant to Title 18, United States Code, Section 3161(h)(1)(D).

Respectfully submitted,

PREET BHARARA
United States Attorney

By: <u>/s/ Russell Capone</u>
Russell Capone
Assistant United States Attorney

cc: Robert Baum, Esq.

The conference is adjourned to
September 8, 2015, at 10:00 a.m.

**SO ORDERED:**

_____ 7/31/15
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE